IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CLEMMIE SALES,

      Plaintiff,

vs.                              Civ. No. 03-2946-B/P

FAYETTE COUNTY, et al.,

      Defendants.

## ORDER OF TRANSFER

The above case is hereby transferred to Magistrate Judge Diane K. Vescovo for further references and assignments in exchange for an equivalent case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate judge's file to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

Date 4/15/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02946 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT