FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -5 AM 11:12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CLEMMIE SALES

    Plaintiff,

NO. 03-2946 BP

v.

FAYETTE COUNTY et al;

    Defendant.

## ORDER GRANTING EXTENSION

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Extension of Time to Respond is Granted. Plaintiff has until May 9, 2005 to respond to Defendant's Motion to Strike the Deposition, Statements and Testimony of Thomas Minor and Other Mischaracterized Statements by the Plaintiff

IT IS SO ORDERED this 4th day of May 2005.

Diane K. Vescovo
~~J. DANIEL BREEN~~ Diane K. Vescovo
United States ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-5-05

53 / 4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02946 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT