# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.
05 MAY 11 AM 11:30
ROBERT R. ~TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**CLEMMIE SALES**

    Plaintiff,

    v.                                                  NO. 03-2946 BP√

**FAYETTE COUNTY et al;**

    Defendant.

## ORDER ~~GRANTING~~ Denying MOTION FOR LEAVE

It is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to Accept Late Filed Response to Defendants' Motion to Strike is ~~GRANTED~~ denied as moot.

IT IS SO ORDERED this 10th day of May 2005.

_____
Duane K. Visconvo
United States ~~District Court~~ Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:03-CV-02946 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT