# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31  PM 3: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

---

**CLEMMIE SALES,**

    **Plaintiff,**

v.

**FAYETTE COUNTY, et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2946-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion For Summary Judgment And Dismissing Case entered on May 19, 2005, this cause is hereby dismissed and Judgment is entered in favor of the Defendants, Fayette County, et al., and against the Plaintiff, Clemmie Sales.

APPROVED:

_/s/ J. Daniel Breen_
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

5/31/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_/s/_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

(59)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02946 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT